E-filing

**FILED**
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-04011 CW

_____,
          Plaintiff,

    vs.

_____,
          Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Quincy Powell, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: nsuss Employed _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____
                              - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or               Yes ___ No _X_
9          self employment
10    b.   Income from stocks, bonds,            Yes ___ No _X_
11         or royalties?
12    c.   Rent payments?                        Yes ___ No _X_
13    d.   Pensions, annuities, or               Yes ___ No _X_
14         life insurance payments?
15    e.   Federal or State welfare payments,    Yes ___ No _X_
16         Social Security or other govern-
17         ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                        Yes _X_ No ___
23  Spouse's Full Name: Cynthia Powell
24  Spouse's Place of Employment: N/A
25  Spouse's Monthly Salary, Wages or Income: SEPARATED SINCE 1996 Q.P
26  Gross $_____  Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.    Do you own or are you buying a home?    Yes ____ No _X_
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.    Do you own an automobile?    Yes ____ No _X_
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $_____
10 Monthly Payment: $_____
11 7.    Do you have a bank account?    Yes ____ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $_____
15 Do you own any cash? Yes ____ No _X_ Amount: $_____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ____ No _X_
18 _____
19 8.    What are your monthly expenses?
20 Rent: $_____    Utilities: _____
21 Food: $_____    Clothing: _____
22 Charge Accounts:
23 <u>Name of Account</u>        <u>Monthly Payment</u>        <u>Total Owed on This Acct.</u>
24 _____        $_____        $_____
25 _____        $_____        $_____
26 _____        $_____        $_____
27 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.) no

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 3 -

1  _____
2  _____

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                             Yes ___ No _X_
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.

7  _____
8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.

13
14    _8-7-08_                    _Quincy Powell_
15        DATE                         SIGNATURE OF APPLICANT

16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 4 -

1
2                                    **Case Number:** _____
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                          **IN**
11                              **PRISONER'S ACCOUNT**
12

13    I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of _Quincy Powell_____ for the last six months at
15                                    [prisoner name]
16 _San Quentin State Prison_____ where (s)he is confined.
17              [name of institution]
18    I further certify that the average deposits each month to this prisoner's account for the most
19 recent 6-month period were $_____ and the average balance in the prisoner's account
20 each month for the most recent 6-month period was $_____.
21
22 Dated: _8/7/08_____                    _____
23                                          [Authorized officer of the institution]
24
25
26
27
28

```
TS210B                CALIFORNIA DEPARTMENT OF CORRECTIONS
                        ITAS TRUST ACCOUNT DIS

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  E24418                      E-filing              CW
   ACCOUNT NAME:  POWELL, QUINCY  TORO
   ACCOUNT TYPE:  I
CURRENT BALANCE:        130.00
   HOLD BALANCE:          0.00         CV 08             4011 (PR)
  ENCUM. BALANCE:         0.00
      AVAILABLE:        130.00
PRIVILEGE GROUP:  U
   LAST CANTEEN:  03/10/2008
------------------------ ACCOUNT TRANSACTIONS ----------------------TS210CA
  DATE    TRAN   AMOUNT    DESCRIPTION     CHECK NUM   COMMENT      BALANCE
--------  ----  ---------- ---------------  ---------  ----------  ----------
11/06/07  FR01       0.43  CANTEEN RETURN              701806          50.59
11/07/07  FC01      25.00- DRAW-FAC 1                  1848/MAIN1      25.59
12/10/07  FC01      25.59- DRAW-FAC 1                  2281MAIN1        0.00
12/24/07  D300      56.00  CASH DEPOSIT                2492MAILRM      56.00
01/08/08  FR01       0.20  CANTEEN RETURN              702678          56.20
01/09/08  FC01      28.00- DRAW-FAC 1                                  28.20
PAGE#      2 OF      4 PAGES
```

```
 TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                        ITAS TRUST ACCOUNT DISPLAY

----------------     ACCOUNT INFORMATION    ---------------  ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:   E24418
   ACCOUNT NAME:   POWELL, QUINCY   TORO
   ACCOUNT TYPE:   I
CURRENT BALANCE:         130.00
   HOLD BALANCE:           0.00
 ENCUM. BALANCE:           0.00
      AVAILABLE:         130.00
PRIVILEGE GROUP:   U
   LAST CANTEEN:   03/10/2008
-------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
   DATE    TRAN   AMOUNT       DESCRIPTION     CHECK NUM    COMMENT       BALANCE
 --------  ----  -----------  --------------   ---------   ----------   -----------
 02/06/08  FC01    28.20- DRAW-FAC 1                        3050FDSALE         0.00
 02/11/08  D300    20.00  CASH DEPOSIT                      3083MAILRM        20.00
 02/22/08  D300    50.00  CASH DEPOSIT                      3277MAILRM        70.00
 03/07/08  D300    50.00  CASH DEPOSIT                      3469MAILRM       120.00
 03/07/08  D300    50.00  CASH DEPOSIT                      3469MAILRM       170.00
 03/10/08  FC01    40.00- DRAW-FAC 1                        3480/MAIN1       130.00
PAGE#      1 OF      4 PAGES
```

```
TS210B                CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  E24418
   ACCOUNT NAME:  POWELL, QUINCY  TORO
   ACCOUNT TYPE:  I
CURRENT BALANCE:        180.41
   HOLD  BALANCE:          0.00
 ENCUM. BALANCE:          0.00
      AVAILABLE:        180.41
PRIVILEGE GROUP:  U
   LAST CANTEEN:  04/08/2008
------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
    DATE    TRAN    AMOUNT     DESCRIPTION      CHECK NUM    COMMENT       BALANCE
    ----    ----   ---------   ---------------  ---------   ---------    -----------
  01/08/08  FR01       0.20    CANTEEN RETURN                702678            56.20
  01/09/08  FC01      28.00-   DRAW-FAC 1                                      28.20
  02/06/08  FC01      28.20-   DRAW-FAC 1                   3050FDSALE          0.00
  02/11/08  D300      20.00    CASH DEPOSIT                 3083MAILRM         20.00
  02/22/08  D300      50.00    CASH DEPOSIT                 3277MAILRM         70.00
  03/07/08  D300      50.00    CASH DEPOSIT                 3469MAILRM        120.00
PAGE#       2 OF       5 PAGES
```

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:   E24418
   ACCOUNT NAME:   POWELL, QUINCY  TORO
   ACCOUNT TYPE:   I
CURRENT BALANCE:          180.41
   HOLD BALANCE:            0.00
 ENCUM. BALANCE:            0.00
      AVAILABLE:          180.41
PRIVILEGE GROUP:   U
   LAST CANTEEN:   04/08/2008
------------------------ ACCOUNT TRANSACTIONS ------------------------TS210CA
   DATE    TRAN    AMOUNT    DESCRIPTION      CHECK NUM    COMMENT       BALANCE
 --------  ----  ----------  -----------      ---------   ----------   ----------

 03/07/08  D300      50.00   CASH DEPOSIT                 3469MAILRM      170.00
 03/10/08  FC01      40.00-  DRAW-FAC 1                   3480/MAIN1      130.00
 03/26/08  D300      40.00   CASH DEPOSIT                 3766/R&R        170.00
 03/26/08  D300      50.00   CASH DEPOSIT                 3766MAILRM      220.00
 04/07/08  FR01       0.41   CANTEEN RETURN               703926          220.41
 04/08/08  FC01      40.00-  DRAW-FAC 1                   3935/M 1ST      180.41
PAGE#       1 OF      5 PAGES
```

```
TS210B                CALIFORNIA DEPARTMENT OF CORRECTIONS
                          ITAS TRUST ACCOUNT DISPLAY

---------------- ACCOUNT INFORMATION ---------------- ------ SPECIAL ITEMS -------

ACCOUNT   NUMBER:   E24418
   ACCOUNT NAME:    POWELL, QUINCY  TORO
   ACCOUNT TYPE:    I
CURRENT BALANCE:          140.67
   HOLD BALANCE:            0.00
 ENCUM. BALANCE:            0.00
      AVAILABLE:          140.67
PRIVILEGE GROUP:    U
   LAST CANTEEN:    05/06/2008
------------------------ ACCOUNT TRANSACTIONS ------------------------TS210CA
   DATE     TRAN    AMOUNT     DESCRIPTION       CHECK NUM    COMMENT       BALANCE
 --------   ----    ---------  ----------------  ---------    ----------    -----------
 03/26/08   D300       40.00   CASH DEPOSIT                   3766/R&R        170.00
 03/26/08   D300       50.00   CASH DEPOSIT                   3766MAILRM      220.00
 04/07/08   FR01        0.41   CANTEEN RETURN                 703926          220.41
 04/08/08   FC01       40.00-  DRAW-FAC 1                     3935/M 1ST      180.41
 05/06/08   FR01        0.26   CANTEEN RETURN                 704333          180.67
 05/06/08   FC01       40.00-  DRAW-FAC 1                     4336/MAIN1      140.67
PAGE#       1 OF        5 PAGES
```

```
REPORT ID: TS3030 .701                                          REPORT DATE: 08/12/08
                                                                PAGE NO:          1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: FEB. 12, 2008 THRU AUG. 12, 2008

ACCOUNT NUMBER : E24418                    BED/CELL NUMBER: B 1 0000000050L
ACCOUNT NAME   : POWELL, QUINCY TORO       ACCOUNT TYPE:  I
PRIVILEGE GROUP: U
```

### TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/12/2008 | | BEGINNING BALANCE | | | | | 20.00 |
| 02/22 | D300 | CASH DEPOSIT | 327/MAILRM | | 50.00 | | 70.00 |
| 03/07 | D300 | CASH DEPOSIT | 3469MAILRM | | 50.00 | | 120.00 |
| 03/07 | D300 | CASH DEPOSIT | 3469MAILRM | | 50.00 | | 170.00 |
| 03/10 | FC01 | DRAW-FAC 1 | 3480/MAIN1 | | | 40.00 | 130.00 |
| 03/25 | D300 | CASH DEPOSIT | 3766/R&R | | 40.00 | | 170.00 |
| 03/26 | D300 | CASH DEPOSIT | 3766MAILRM | | 50.00 | | 220.00 |
| 04/07 | FC01 | CANTEEN RETUR | 703926 | | | 0.41- | 220.41 |
| 04/08 | FC01 | DRAW-FAC 1 | 3935/M 1ST | | | 40.00 | 180.41 |
| 05/06 | FC01 | CANTEEN RETUR | 704133 | | | 0.26- | 180.67 |
| 05/06 | FC01 | DRAW-FAC 1 | 4336/MAIN1 | | | 40.00 | 140.67 |
| 05/16 | D300 | CASH DEPOSIT | 4502MAILRM | | 60.00 | | 200.67 |
| 05/16 | D300 | CASH DEPOSIT | 4504MAILRM | | 75.00 | | 275.67 |
| 05/05 | FC01 | DRAW-FAC 1 | 4747/MAIN1 | | | 65.00 | 210.67 |
| 05/26 | D300 | CASH DEPOSIT | 5065MAILRM | | 50.00 | | 260.67 |
| 07/03 | D300 | CASH DEPOSIT | 0054/MAILR | | 20.00 | | 280.67 |
| 07/07 | FC01 | DRAW-FAC 1 | 0081/MAIN1 | | | 60.00 | 220.67 |
| 08/04 | FC01 | CANTEEN RETUR | B00397 | | | 0.10- | 220.77 |
| 08/08 | FC01 | DRAW-FAC 1 | 0464/MAIN1 | | | 25.00 | 195.77 |

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 20.00 | 445.00 | 269.23 | 195.77 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 195.77 |

C 08-4011 CW (PR)

E-filing

1
2                                              Case Number: _____
3
4
5
6
7
8
9                           CERTIFICATE OF FUNDS
10                                    IN
11                          PRISONER'S ACCOUNT
12
                                        E24418
13      I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of _Quincy Powell_ for the last six months
15   at
16                                   [prisoner name]
17   _San Quentin State Prison_ where (s)he is confined.
18           [name of institution]
19      I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ _74.17_ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ _74.17_ .
22
23   Dated: _8-12-08_                        _[signature]_
24                                   [Authorized officer of the institution]
25
26
27
28

- 5 -