To The United State's District Court For The Northern District 450 Golden Gate Avenue San Francisco, California

This Letter is To A Federal Judge! My Name is Quincy Powell, Inmate Hear in Reception Center in State, and Also my Petition For Review.. AT This Point I Am Out Of An Attorney "and know one to Help me File my Federal Habeas Corpus, Please send me some Help! I Don't understand This Prosses! Thank You!

FILED
AUG 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

However I have lost my Appeal

San Quentin

8-7-08
Quincy Powell