Federal District Court,
Northern District of California
450 Golden Gate Avenue

This is a change of address for:

Quincy Powell (new) E-24418
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA. 93210

For my Federal Habeas Corpus that was send to you from San Quentin Prison my now old address! Thank you!

FILED
AUG 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Quincy Powell E-24418
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA. 93210

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

94102-3661

Federal District Court,
Northern District of California
450 Golden Gate Avenue,
San Francisco, CA. 94102



Case 4:08-cv-04011-CW    Document 4-2    Filed 08/25/2008    Page 2 of 2