IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUINCY T. POWELL,

    Petitioner,

  v.

ROBERT AYERS, Warden,

    Respondent.
    _____/

No. C 08-04011 CW (PR)

ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE

    Petitioner, a state prisoner, filed a _pro se_ petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed.  Respondent has filed an answer.  Petitioner has not filed a traverse.

    Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a traverse.  Petitioner shall file a traverse within _fourteen days_ from the date of this Order.  If he does not, the matter will be deemed submitted and decided on the papers.

    IT IS SO ORDERED.

Dated: 8/21/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

QUINCY T POWELL,

        Plaintiff,

v.

SAN QUENTIN STATE PRISON et al,

        Defendant.

Case Number: CV08-04011 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Quincy T. Powell E-24418
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210

Dated: August 21, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk